IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00408-GPG

MARK A. ESQUIBEL,

    Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISCH, Executive Director,
ROGER WERHOLTZ, Executive Director,
TONY CAROCHI, Executive Director,
TOM CLEMENTS, Executive Director,
ARISTEDES ZAVARIS, Executive Director,
JOE ORTIZ, Executive Director,
JOHN SUTHERS, Executive Director,
MARY CARLSON, Time Computation Manager
JOHN DOE, Executive Director, All in Official and Individual Capacities,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

DATED March 3, 2015, at Denver, Colorado.

                                          BY THE COURT:

                                          S/ Gordon P. Gallagher

                                          _____
                                          United States Magistrate Judge