## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00408-REB-KLM

MARK A. ESQUIBEL,

     Plaintiff,

v.

RICK RAEMISCH, individually and in his official capacity as Executive Director of the Colorado Department of Corrections,
ROGER WERHOLTZ, individually and in his official capacity as Executive Director of the Colorado Department of Corrections,
TONY CAROCHI, individually and in his official capacity as Executive Director of the Colorado Department of Corrections,
TOM CLEMENTS, individually and in his official capacity as Executive Director of the Colorado Department of Corrections,
JOE ORTIZ, individually and in his official capacity as Executive Director of the Colorado Department of Corrections,
JOHN SUTHERS, individually and in his official capacity as Executive Director of the Colorado Department of Corrections,
MARY CARLSON, individually and in her official capacity as Time Computation Manager of Colorado Department of Corrections, and
JOHN DOE, individually and in his/her official capacity as Executive Director of the Colorado Department of Corrections,

     Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** [#69] of Judge Robert E. Blackburn entered on March 17, 2016, it is

ORDERED that the **Recommendation of United States Magistrate Judge** [#43] filed February 24, 2016, and the **Recommendation of United States Magistrate Judge** [#67] filed February 8, 2016, are approved and adopted as an order of this court,

it is

FURTHER ORDERED that all claims against all defendants are dismissed, it is

FURTHER ORDERED that judgment shall enter in favor of the defendants and

against the plaintiff, it is

FURTHER ORDERED That defendants are awarded their costs to be taxed by

the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and

D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 18th day of March, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   K. Finney

K. Finney
Deputy Clerk